STICKFORD v. THE CITY OF ST. LOUIS, *Appellant.*

1. **Damages**: ACTION. The various forms or subjects of injury sustained from a single wrongful act, do not multiply the causes of action.

2. ——— : PLEADING. In an action of damages against a municipal corporation for an injury to property caused by a change of grade of a street, when the plaintiff owns the fee of one lot, and a leasehold with rent of the adjoining lot, he may sue in one count for the damage to both.

3. ——— : MUNICIPAL CORPORATION. The charter provision of 1870 that the city shall be liable for damages sustained by property owners by reason of any change of the grade of a street, applies to a case where the change does not extend to the whole width of the roadbed, if the alteration is such as to raise or lower the principal current of travel and transportation.

4. ——— : ———. The recovery is not confined to such damage as results from some physical injury to the buildings; it is enough that a depreciation in value results from the change of grade.*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Leverett Bell* for appellant.

*Seneca N. Taylor* for respondents.

HENRY, J.—The judgment of the court of appeals is affirmed for the reasons assigned by that court in its opinion delivered therein. All concur.

---

*These syllabi are taken from 7 Mo. App. 217.